UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIBULLAH AZIZI,<br><br>                       Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, DANIEL A. BRIGHTMAN, TODD M. LYONS, KRISTI NOEM, PAMELA JO BONDI,<br><br>                       Respondents. | Case No.:  26-cv-49-JO-BJW<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]** |

Petitioner Najibullah Azizi ("Petitioner") filed a petition for writ of habeas corpus. Dkt. 1.  On January 15, 2026, the Court held oral argument on the petition.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1].

(2) Respondents are ORDERED to release Petitioner by 5 p.m. on January 16, 2026, and to restore him to the liberty interest he enjoyed immediately prior to his detention on December 31, 2025, including the return of all physical items in his possession at the time of his arrest and documents.  Respondents are ORDERED to file an affidavit attesting to Petitioner's release by 5 p.m. on January 20, 2026.

(3) Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge where the Government bears the burden of proving by clear and convincing evidence that renders Petitioner a danger to the community or a flight risk.

(4) Respondents shall file a written declaration attesting to full compliance with these obligations.  Respondents are ENJOINED from redetaining Petitioner until 48 hours **after** filing the written declaration.

**IT IS SO ORDERED.**

Date: January 15, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-49-JO-BJW